IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANET HALEY,

        Plaintiff,

v.

COHEN & STEERS CAPITAL MANAGEMENT, INC., et al.,

        Defendants.
                                      /

No. C-10-03856 EDL

**ORDER FOLLOWING DISCOVERY CONFERENCE**

On September 9, 2011, the Court held a discovery conference in this case. At the conference, the Court made the following rulings.

1. No later than September 12, 2011, Defendant will produce the email Ms. Nolty to Mr. Cohen and Mr. Steers regarding Plaintiff that was referenced at the hearing.

2. Defendant shall rephrase its subpoena to Mr. Kosier subject to the following limitations: (1) the time period for the subpoena shall be limited to one year before Mr. Edlin began his employment through the present; and (2) the subject matter of the subpoena shall be limited to Mr. Edlin, Plaintiff's work situation, Cohen & Steers, and Plaintiff's life problems that could also be considered major stressors such as her cancer, the death of her father, and the adoption. Defendant shall obtain Plaintiff's approval of the subpoena as to form. The documents produced in response to the subpoena shall be provided in the first instance to Plaintiff, who shall review the documents and create a "privilege log" listing documents that are withheld from the production (including based on privacy, although generally privacy should not be the basis for withholding documents but instead should be dealt with by a protective order and/or redaction). The privilege log must describe the withheld documents in compliance with the Court's standing order, in sufficient detail for Defendant to

understand the basis for the privilege. This ruling also applies to subpoenas to Mr. Feilke and Mr. Horan.

3. Defendant shall produce the U5 forms for other wholesalers who left Cohen & Steers from January 2009 to the present. Defendant may redact the names and other identifying information from the forms, but shall specify the gender, and shall replace the name with a unique identifier. Defendant shall maintain a key to the unique identifiers.

**IT IS SO ORDERED.**

Dated: September 12, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge