Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-03856-SI | Case No. 3:11-cv-03856-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| SCHULTZE AGENCY SERVICES, LLC, on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | STIPULATION OF EXTENSION OF TIME FOR DEFENDANT MITSUI & CO. (TAIWAN), LTD. TO RESPOND TO THE COMPLAINT AND [~~PROPOSED~~] ORDER<br><br>**Clerk's Action Required** |

STIPULATION OF EXTENSION OF TIME FOR MITSUI TAIWAN TO RESPOND TO THE COMPLAINT

Case No. 3:11-cv-03856-SI
Master File No. 3:07-md-01827-SI

WHEREAS, plaintiff Schultze Agency Services, LLC ("Schultze Agency Services") on behalf of Tweeter Opco, LLC ("Tweeter Opco") and Tweeter Newco, LLC ("Tweeter Newco") (collectively "Tweeter") filed a Complaint in the above-captioned action against defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), among other defendants, on July 1, 2011.

Whereas, Tweeter and Mitsui Taiwan previously entered into a stipulation giving Mitsui Taiwan until October 20, 2011 to move to dismiss, answer, or otherwise respond to the Complaint. (*See* Dkt. #7; MDL Dkt. #3302.)

WHEREAS, Tweeter and Mitsui Taiwan have reached an agreement, pursuant to Civil Rule L.R. 6-1(a), pursuant to which Mitsui Taiwan shall have an additional extension until December 1, 2011 in which to move against, answer, or otherwise respond to the Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Tweeter, on the one hand, and Mitsui Taiwan, on the other hand, that Mitsui Taiwan's deadline to move to dismiss, answer, or otherwise respond to the Complaint will be December 1, 2011.

Dated: October 4, 2011

By: /s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.*

By: /s/ Philip J. Iovieno
Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
piovieno@bsfllp.com

*Counsel for Plaintiff Schultze Agency Services, LLC
on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this __4th__ day of __October, 2011__, ____.

By: ___/s/ Susan Illston___
Hon. SUSAN ILLSTON

503775897

---