William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com
cfenlon@bsfllp.com

Counsel for Plaintiff
SCHULTZE AGENCY SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3:11-cv-03856-SI (N.D. Cal.)<br><br>SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC AND TWEETER NEWCO, LLC<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | Case No. 3:11-cv-03856-SI (N.D. Cal.)<br><br>Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING JOINT MOTION TO DISMISS, NEC'S MOTION TO DISMISS, SANYO CE'S MOTION TO DISMISS, AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

1 | Plaintiff, Schultze Agency Services, LLC ("Plaintiff"), and Defendants, through the
2 | undersigned counsel, request that the Court enter the following order to withdraw (1) Defendants'
3 | Joint Motion to Dismiss Plaintiff's complaint, (2) Defendants NEC Corporation, NEC Corporation
4 | of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC
5 | LCD Technologies, Ltd.'s ("NEC") Motion to Dismiss Plaintiff's complaint, and (3) Defendant
6 | Sanyo Consumer Electronics, Co., Ltd.'s ("Sanyo CE") Motion to Dismiss, and extend
7 | Defendants' time to respond to the amended complaint that Plaintiff will file on or before
8 | December 6, 2011.

9 | WHEREAS, on October 4, 2011, Plaintiff and Defendant Mitsui & Co. (Taiwan), Ltd.
10 | ("Mitsui Taiwan") entered into a stipulation giving Mitsui Taiwan until December 1, 2011 to
11 | answer, move, or otherwise respond to Plaintiff's complaint.

12 | WHEREAS, on October 20, 2011, certain Defendants filed a joint motion to dismiss
13 | Plaintiff's complaint in this action (MDL Dkt. No. 3973), and Defendants NEC and Sanyo CE
14 | filed separate motions to dismiss Plaintiff's complaint (MDL Dkt. Nos. 3967 and 3974,
15 | respectively) (the "Motions");

16 | WHEREAS the hearing on the Motions is scheduled for December 2, 2011;

17 | WHEREAS Plaintiff, although it opposes the Motions, will exercise its right under Federal
18 | Rule of Civil Procedure 15(a) to file a First Amended Complaint in lieu of filing an opposition to
19 | the Motions;

20 | WHEREAS the parties agree that the briefing dates and hearing associated with the
21 | Motions should be withdrawn and that Plaintiff will file its First Amended Complaint after the
22 | existing deadline to file its oppositions to the Motions;

23 | WHEREAS the parties further agree that Plaintiff may have until December 6, 2011 to file
24 | a First Amended Complaint and all Defendants may have until January 10, 2012 to respond to the
25 | First Amended Complaint, that Plaintiff may have until January 27, 2012 to oppose or otherwise
26 | respond to Defendants' response, and that Defendants may have until February 10, 2012 to reply
27 | to such opposition;

| | |
|---|---|
| 1 | WHEREAS the parties further agree that the hearing on any responses made by Defendants |
| 2 | may be noticed for February 24, 2012; |
| 3 | WHEREAS the parties further agree that, in the alternative, the Defendants may have 60 |
| 4 | days from the date the First Amended Complaint is filed to answer said complaint; |
| 5 | THEREFORE, Plaintiff, by its counsel, and Defendants, by the undersigned counsel, |
| 6 | stipulate and agree as follows: |

1. The Motions shall be withdrawn and the briefing schedule and hearing date stricken.

2. Plaintiff shall file a First Amended Complaint on or before December 6, 2011.

3. All Defendants shall respond to the First Amended Complaint by January 10, 2012.

4. Plaintiff shall oppose or otherwise respond to Defendants' filings by January 27, 2012.

5. Defendants shall submit any replies by February 10, 2012.

6. The hearing on any responses made by Defendants shall be noticed for February 24, 2012.

7. In the alternative, all Defendants shall have 60 days from the date the First Amended Complaint is filed to answer said Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: November 3, 2011 | /s/ William A. Isaacson |

William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
    anardacci@bsfllp.com
    cfenlon@bsfllp.com

*Counsel for Plaintiff Schultze Agency Services, LLC*

/s/ Christopher A. Nedeau
Carl L. Blumenstein (CA Bar No. 124158)
Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: cnedeau@nossaman.com
    cblumenstein@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

|     |                                                                                                   |
|-----|---------------------------------------------------------------------------------------------------|
| 1   |        /s/ Neal A. Potischman |
| 2   |       Christopher B. Hockett (SBN 121539) |

       /s/ Neal A. Potischman
      Christopher B. Hockett (SBN 121539)
      Neal A. Potischman (SBN 254862)
      Sandra West (SBN 250389)
      Samantha H. Knox (SBN 254427)
      Micah G. Block (SBN 270712)
      DAVIS POLK & WARDWELL LLP
      1600 El Camino Real
      Menlo Park, California 94025
      Telephone: (650) 752-2000
      Facsimile: (650) 752-2111
      Email: chris.hockett@davispolk.com
         neal.potischman@davispolk.com
         sandra.west@davispolk.com
         samantha.knox@davispolk.com
         micah.block@davispolk.com

      Jonathan D. Martin (admitted pro hac vice)
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Facsimile: (212) 701-5800
      Email: jonathan.martin@davispolk.com

      Harrison J. Frahn IV
      SIMPSON THACHER & BARTLETT LLP
      2550 Hanover Street
      Palo Alto, CA 94304
      Telephone: (650) 251-5000
      Facsimile: (650) 251-5002
      Email: hfrahn@stblaw.com

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

| | |
|---|---|
| 1 |       /s/ Stephen P. Freccero |
| | Melvin R. Goldman (CA Bar No. 34097) |
| 2 | Stephen P. Freccero (CA Bar No. 131093) |
| | Derek F. Foran (CA Bar No. 224569) |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, CA 94105-2482 |
| | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| | Email: mgoldman@mofo.com |
| 6 |       sfreccero@mofo.com |
| |       dforan@mofo.com |

*Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*

      /s/ Ramona M. Emerson

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6371
Email: hugh.bangasser@klgates.com
      ramona.emerson@klgates.com

Jeffrey L. Bornstein, (CA State Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 249-1059
Facsimile: (415) 882-8220
Email: jeffrey.bornstein@klgates.com

*Counsel for Defendant HannStar Display Corporation*

STIPULATION AND [PROPOSED] ORDER     - 5 -     Case No. 3:11-cv -03856-SI
Master File No. 3:07-md-01827-SI

| | |
|---|---|
| 1 |        /s/ Kent M. Roger |
| | Kent M. Roger (CA Bar No. 95987) |
| 2 | Michelle Kim-Szrom (CA Bar No. 252901) |
| | Jennifer L. Calvert (CA Bar No. 258018) |

       /s/ Kent M. Roger
Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com
      mkim-szrom@morganlewis.com
      jennifer.calvert@morganlewis.com

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

       /s/ Kevin C. McCann
Holly House (SBN 136045)
Kevin McCann (SBN 120874)
Sean Unger (SBN 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Email: hollyhouse@paulhastings.com
      kevinmccann@paulhastings.com
      seanunger@paulhastings.com

Michael R. Lazerwitz (*pro hac vice*)
Lee F. Berger (SBN 222756)
Jeremy J. Calsyn (SBN 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: mlazerwitz@cgsh.com
      lberger@cgsh.com
      jcalsyn@cgsh.com

*Counsel for Defendants LG Display Co. Ltd. and LG Display America, Inc.*

| | |
|---|---|
|1|         /s/ Michael E. Mumford |
| | Paul P. Eyre |
|2| Ernest E. Vargo |
| | Michael E. Mumford |
|3| BAKER & HOSTETLER LLP |
| | 1900 East 9th Street, Suite 3200 |
|4| Cleveland, OH 44114 |
| | Telephone: (216) 621-0200 |
|5| Facsimile: (216) 696-0740 |
| | Email: peyre@bakerlaw.com |
|6|       evargo@bakerlaw.com |
| |       mmumford@bakerlaw.com |

*Counsel for Defendants Mitsui and Co. (Taiwan), Ltd., and Mitsui & Co. (U.S.A.), Inc.*

        /s/ George Niespolo
George Niespolo (SBN 72107)
Stephen Holbrook Sutro (SBN 172168)
DUANE MORRIS LLP
One Market Plaza, Spear Tower
Suite 2000
San Francisco, CA 94105
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gdniespolo@duanemorris.com
      shsutro@duanemorris.com

*Counsel for NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC LCD Technologies, Ltd.*

        /s/ Robert D. Wick
Robert D. Wick (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Neil K. Roman (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: dludwin@cov.com
      rwick@cov.com
      jdavidson@cov.com

*Counsel for Defendants Samsung Semiconductor, Inc., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

| | |
|---|---|
| 1 |       /s/ Allison A. Davis |
| | Allison A. Davis (CA Bar No. 139203) |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 505 Montgomery Street, Suite 800 |
| 3 | San Francisco, CA 94111-6533 |
| | Telephone: (415) 276-6500 |
| 4 | Facsimile: (415) 276-6599 |
| | Email: allisondavis@dwt.com |

1      /s/ Allison A. Davis
Allison A. Davis (CA Bar No. 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 – 108th Ave. N.E., Suite 2300
Bellevue, WA 98004
Telephone: (425) 646-6125
Facsimile: (425) 646-6199
Email: nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

      /s/ Jacob R. Sorensen
John M. Grenfell (CA Bar No. 88500)
Jacob R. Sorensen (CA Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: john.grenfell@pillsburylaw.com
      jake.sorensen@pillsburylaw.com

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

      /s/ Rachel S. Brass
Joel S. Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: jsanders@gibsondunn.com
      rbrass@gibsondunn.com

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc.*

| | |
|---|---|
| 1 | /s/ John H. Chung |
| 2 | Christopher M. Curran (*pro hac vice*) |
| | John H. Chung (*pro hac vice*) |
| 3 | Martin M. Toto (*pro hac vice*) |
| | Kristen J. McAhren (*pro hac vice*) |
| 4 | WHITE & CASE LLP |
| | 1155 Avenue of the Americas |
| 5 | New York, NY 10036 |
| | (212) 819-8200 (telephone) |
| 6 | (212) 354-811 (facsimile) |
| | ccuran@whitecase.com |
| 7 | jchung@whitecase.com |
| | mtoto@whitecase.com |
| 8 | kmcahren@whitecase.com |

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: ____11/4_____, 2011

_____
Susan Illston, United States District Judge