Allison A. Davis (CA State Bar No. 139203)
Sanjay Nangia (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com; sanjaynangia@dwt.com

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 – 108th Ave. N.E., Suite 2300
Bellevue, WA 98004
Telephone: (425) 646-6125
Facsimile: (425) 646-6199
Email: nickverwolf@dwt.com

Attorneys for SANYO Consumer Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Motorola, Inc. v. AU Optronics Corporation, et al.*, 3:09-cv-5840 SI<br><br>*AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, 3:09-cv-4997 SI<br><br>*Target Corporation, et al., v. AU Optronics Corporation, et al.*, 3:10-cv-4945 SI | Master File No. 3:07-md-1827-SI<br>(Case No. 2:11-cv-03856-SI)<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER REGARDING RULE 30(B)(6) DEPOSITION OF SANYO CONSUMER ELECTRONICS CO., LTD AND FACT DISCOVERY CUT-OFF** |

Defendant SANYO Consumer Electronics Co., Ltd., ("Sanyo Consumer Electronics") and Plaintiffs Motorola Mobility, Inc.; AT&T Mobility LLC; AT&T Corp.; AT&T Services, Inc.; Bellsouth Telecommunication, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T Datacomm, Inc.; Southwestern Bell Telephone Company; Target Corp.; Sears, Roebuck and

1
STIPULATION AND [PROPOSED] ORDER REGARDING RULE 30(B)(6) DEPOSITION OF SANYO CONSUMER ELECTRONICS
AND DISCOVERY CUT-OFF

#18593268v1

Master File No. 3:07-md-1827 SI
Case Nos. 3:09-cv-05840 SI; 3:09-cv-4997 SI; 3:10-cv-4945 SI

Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp; and Newegg Inc.; ("Plaintiffs") stipulate as follows:

WHEREAS on November 2, 2011, Plaintiffs made a request to Sanyo Consumer Electronics to take a Rule 30(b)(6) deposition of Sanyo Consumer Electronics;

WHEREAS the discovery cut-off in the Direct Action Plaintiffs' track one cases is December 8, 2011;

WHEREAS Plaintiffs first named Sanyo Consumer Electronics in their respective Complaints only recently;

WHEREAS the parties have had limited time to conduct discovery;

WHEREAS Plaintiffs and Sanyo Consumer Electronics have met and conferred regarding scheduling the Rule 30(b)(6) deposition of Sanyo Consumer Electronics; and

WHEREAS the Rule 30(b)(6) deponent for Sanyo Consumer Electronics resides in Tottori, Japan and will be traveling a significant distance to San Francisco in order to attend the deposition;

THEREFORE, Sanyo Consumer Electronics, by its counsel, and Plaintiffs, by the undersigned counsel, stipulate and agree as follows:

1. The fact discovery cutoff date of December 8, 2011 set forth in the Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Cases (MDL Dkt. No. 3110) is extended up to and including December 15, 2011, solely as to the deposition of Yasushi Nakao, the designated Rule 30(b)(6) deponent for Sanyo Consumer Electronics.

2. This deposition shall take place on December 14-15, 2011 at the offices of Davis Wright Tremaine LLP in San Francisco.

3. Sanyo Consumer Electronics and Plaintiffs have on-going disputes over the appropriate scope of this deposition. Discussions regarding these issues are continuing and the parties hope that they will be able to reach agreement. If not, any remaining disputes will be presented to the Special Master. If any disputes arise at the deposition, Plaintiffs will have five court days to move to compel further responses.

**IT IS SO STIPULATED.**

DATED: November 29, 2011

/s/ Allison A. Davis
Allison A. Davis (SBN 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Ave. N.E., Suite 2300
Bellevue, WA 98004
Telephone: (425) 646-6125
Facsimile: (425) 646-6199
Email: nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*


/s/ Jason C. Murray

Jason C. Murray
CROWELL & MORRING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Tel: (213) 622-4750
Fax: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy
CROWELL & MORRING LLP
1001 Pennsylvania Ave., NW
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: jmurphy@crowell.com

*Counsel for Plaintiffs Motorola Mobility Inc.; AT&T Mobility LLC, et al.; Target Corporation, et al.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO RECOMMENDED.**

Dated: 11/28, 2011

_____
Martin Quinn, Special Master

**IT IS SO ORDERED.**

Dated: 11/30, 2011

_____
Hon. Susan Illston, United States District Judge

4
STIPULATION AND [PROPOSED] ORDER REGARDING RULE 30(B)(6) DEPOSITION OF SANYO CONSUMER ELECTRONICS AND DISCOVERY CUT-OFF

#18593268v1

Master File No. 3:07-md-1827 SI
Case Nos. 3:09-cv-05840 SI; 3:09-cv-4997 SI; 3:10-cv-4945 SI

DAVIS WRIGHT TREMAINE LLP