1  Paul P. Eyre
   Ernest E. Vargo
2  Michael E. Mumford
   Erin K. Murdock-Park
3  BAKER & HOSTETLER LLP
   PNC Center
4  1900 East Ninth Street, Suite 3200
   Cleveland, Ohio 44114-3482
5  Telephone: 216.621.0200
   Facsimile: 216.696.0740
6  peyre@bakerlaw.com
   evargo@bakerlaw.com
7  mmumford@bakerlaw.com
   emurdockpark@bakerlaw.com
8
   Tracy Cole
9  BAKER & HOSTETLER LLP
   45 Rockefeller Plaza
10 New York, NY 10111
   Telephone: (212) 589-4210
11 Facsimile: (212) 589-4201
   tcole@bakerlaw.com
12
   Attorneys for Defendant Mitsui & Co. (Taiwan),
13 Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-03856-SI | Case No. 3:11-cv-03856-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| SCHULTZE AGENCY SERVICES, LLC, on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | STIPULATION REGARDING DEFENDANT MITSUI & CO. (TAIWAN), LTD.'S RESPONSE TO THE FIRST AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER |

WHEREAS, plaintiff Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC ("Tweeter") filed a First Amended Complaint (the "FAC") in the above-captioned action against defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), among other defendants, on December 6, 2011. (*See* Master Dkt. #4283.)

WHEREAS, on January 10, 2012 most of the defendants filed a joint motion to dismiss the FAC for failure to state a claim. (*See* Master Dkt. #4522.)

WHEREAS, Mitsui Taiwan did not participate in the defendants' joint motion to dismiss, having previously entered into a stipulation with Plaintiffs deferring Mitsui Taiwan's deadline to respond to the FAC until after the Court ruled on Mitsui Taiwan's motion to dismiss for lack of personal jurisdiction in the related case of *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp.*, *et al.,* Individual Docket No. 3:10-cv-00117-SI (N.D. Cal.), Master Docket No. 3:07-md-01827-SI (N.D. Cal.). (*See* Master Dkt. #4203.)

WHEREAS, on February 1, 2012, the Court denied Mitsui Taiwan's motion to dismiss for lack of personal jurisdiction in the related *Electrograph* action. (Master Dkt. #4742.)

WHEREAS, Mitsui Taiwan's deadline to move, answer, or otherwise respond to the FAC in the instant case is February 22, 2012, twenty-one-days after the Court ruled on Mitsui Taiwan's motion to dismiss the amended complaint in the related *Electrograph* action. (*See* Master Dkt. #4203.)

WHEREAS, in the interests of avoiding duplicative motion practice on the question of personal jurisdiction, Mitsui Taiwan intends to join the defendants' joint motion to dismiss the FAC in the instant case as opposed to filing a separate motion to dismiss under Fed. R. Civ. P. 12(b)(2).

WHEREAS, in the interests of efficiency and judicial economy, the parties to this Stipulation have agreed that Mitsui Taiwan, by joining in the defendants' joint motion to dismiss the FAC, as opposed to filing a separate motion to dismiss under Fed. R. Civ. P. 12(b)(2), shall not be deemed to have waived its personal jurisdiction defense.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Tweeter, on the one hand, and Mitsui

1

Taiwan, on the other hand, that Mitsui Taiwan, in joining in the defendants' joint motion to dismiss the FAC, shall not be deemed to have waived the defense of lack of personal jurisdiction.

Dated: February 21, 2012

By: /s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*
*emurdockpark@bakerlaw.com*

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
*tcole@bakerlaw.com*

*Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.*

By: /s/ Philip J. Iovieno
Philip J. Iovieno
Anne Nardacci
Luke Nikas
Christopher Fenlon
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
*piovieno@bsfllp.com*

*Counsel for Plaintiff Schultze Agency Services, LLC,
on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

2

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this __21st__ day of __Feb, 2012__, _____.

By: _____
     Hon. SUSAN ILLSTON