| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 12 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-MD-1827-SI |
| 13 | | **MDL NO. 1827** |
| 14 | THIS DOCUMENT RELATES TO: | Case No. 3:10-cv-3205-SI |
| | | Case No. 3:10-cv-4346-SI |
| 15 | *Tracfone Wireless, Inc. v. AU Optronics Corp.* 3:10-cv-3205-SI | Case No. 3:10-cv-5458-SI |
| | | Case No. 3:10-cv-5616-SI |
| 16 | | Case No. 3:10-cv-5625-SI |
| 17 | *State of Oregon v. AU Optronics Corp.,* 3:10-cv-4346-SI | Case No. 3:11-cv-829-SI |
| | | Case No. 3:11-cv-2225-SI |
| | | Case No. 3:11-cv-2495-SI |
| 18 | *SB Liquidating Trust v. AU Optronics Corp.* 3:10-cv-5458-SI | Case No. 3:11-cv-2591-SI |
| | | Case No. 3:11-cv-3342-SI |
| 19 | | Case No. 3:11-cv-3763-SI |
| | *Sony Electronics Inc. v. LG Display Co., Ltd.,* | Case No. 3:11-cv-3856-SI |
| 20 | 3:10-cv-5616-SI | Case No. 3:11-cv-4116-SI |
| | | Case No. 3:11-cv-4119-SI |
| 21 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. AU Optronics Corp.,* 3:10-cv-5625-SI | Case No. 3:11-cv-4119-SI |
| | | Case No. 3:11-cv-4119-SI |
| 22 | | Case No. 3:11-cv-5765-SI |
| | | Case No. 3:11-cv-5781-SI |
| 23 | *MetroPCS Wireless, Inc. v. AU Optronics Corp.,* 3:11:cv-829-SI | Case No. 3:11-cv-6241-SI |
| | | Case No. 3:12-cv-335-SI |
| 24 | | Case No. 3:12-cv-1426-SI |
| | *Office Depot, Inc. v. AU Optronics Corp.,* | Case No. 3:12-cv-1599-SI |
| 25 | 3:11-cv-2225-SI | Case No. 3:12-cv-2214-SI |
| | | Case No. 3:12-cv-2495-SI |
| 26 | *Jaco Electronics, Inc. v. AU Optronics Corp.,* 3:11-cv-2495-SI | Case No. 3:12-cv-4114-SI |
| 27 | | **[PROPOSED] ORDER RE SUMMARY JUDGMENT ON TRACK 2 CASES** |
| 28 | *T-Mobile U.S.A., Inc. v. AU Optronics Corp.,* 3:11-cv-2591-SI | |

*Electrograph Systems, Inc. v. NEC Corp.*,
3:11-cv-3342-SI

*Interbond Corp. of America v. AU Optronics
Corp.*, 3:11-cv-3763-SI

*Schultze Agency Services, LLC, on behalf of
Tweeter Opco, LLC and Tweeter Newco, LLC, v.
AU Optronics Corp.*, 3:11-cv-3856-SI

*Hewlett-Packard Co. v. AU Optronics Corp.*,
3:11-cv-4116-SI

*ABC Appliance, Inc. v. AU Optronics Corp.*,
3:11-cv-4119-SI

*Marta Cooperative of America, Inc. v. AU
Optronics Corp.*, 3:11-cv-4119-SI

*P.C. Richard & Son Long Island Corp., v. AU
Optronics Corp.*, 3:11-cv-4119-SI

*Tech Data Corp., v. AU Optronics Corp.*,
3:11-cv-5765-SI

*The AASI Creditor Liquidating Trust, by and
through Kenneth A. Welt, Liquidating Trustree, v.
AU Optronics Corp.*, 3:11-cv-5781-SI

*CompuCom Systems, Inc. v. AU Optronics Corp.*,
3:11-cv-6241-SI

*Viewsonic Corp. v. AU Optronics Corp.*,
3:12-cv-335-SI

*NECO Alliance LLC v. AU Optronics Corp.*,
3:12-cv-1426-SI

*Sony Electronics Inc. v. AU Optronics Corp.*,
3:12-cv-1599-SI

*Sony Electronics Inc. v. Hannstar Display Corp.*,
3:12-cv-2214-SI

*Rockwell Automation, Inc. v. AU Optronics Corp.*,
3:12-cv-2495-SI

*Best Buy Co., Inc. v. Toshiba Corp.*,
3:12-cv-4114-SI

The Court hereby modifies the Stipulated Order Re Revised Pretrial Schedule for Track 2 Cases entered on November 13, 2012 (MDL ECF No. 7139):

- The August 20, 2013 and September 10, 2013 deadlines for the parties to provide additional and supplemental "description[s] of each issue/subject of summary judgment motions" are hereby vacated and replaced with the following:
- <u>August 20, 2013:</u> Plaintiffs and defendants to serve proposed list of summary judgment motions (copies to be provided to the court).
- <u>August 21-September 9, 2013:</u> Plaintiffs and defendants to meet and confer over proposed list of summary judgment motions and schedule for same.
- <u>September 10, 2013:</u> Plaintiffs and defendants to file with the Court joint list of proposed summary judgment motions and proposed schedule for summary judgment filings.
- <u>October 30, 2013:</u> Last day to file supplemental list of proposed summary judgment motions based upon new information or issues raised in the reply expert reports.

**IT IS SO ORDERED.**

Dated:     11/20/12

Hon. Susan Illston
United States District Judge