1  MORGAN, LEWIS & BOCKIUS LLP
   KENT M. ROGER, State Bar No. 95987
2  HERMAN J. HOYING, State Bar No. 257495
   S. JESSICA OURK, State Bar No. 275658
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  kroger@morganlewis.com
   hhoying@morganlewis.com
6  jourk@morganlewis.com

7  Attorneys for Defendants
   HITACHI, LTD., HITACHI ELECTRONIC DEVICES
8  (USA), INC., HITACHI DISPLAYS, LTD. (n/k/a
   JAPAN DISPLAY INC.)

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       (SAN FRANCISCO DIVISION)

13

14

15  | In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 (N.D. Cal.) MDL No. 1827 |
    |---|---|
16  
17  | This Document Relates To Individual Case Nos. 3:11-cv-03856-SI (N.D. Cal.) | Case Nos. 3:11-cv-03856-SI (N.D. Cal.) |

18  | SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEPOSITIONS** |
19  | | |
20  | Plaintiff, | |
    | vs. | Honorable Susan Illston |
21  | | |
22  | AU OPTRONICS CORPORATION, *et al.*, | |
23  | Defendants. | |

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24089801.4

Plaintiff Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC (collectively, "Schultze") and Defendants (collectively "Stipulating Defendants"), hereby stipulate as follows:

WHEREAS, fact discovery in the Track 2 Direct Action Plaintiff cases is set to close on May 17, 2013, pursuant to the Stipulation and Order Setting Revised Track 2 Deadlines (Dkt. No. 7665, the "Scheduling Order");

WHEREAS, Stipulating Defendants served a notice of subpoena on Progressive Retailers Organization Group ("PRO Group") for a deposition scheduled for May 3, 2013;

WHEREAS, PRO Group is unable to provide a representative for deposition before the current deadline for the close of fact discovery and has requested that the deposition be re-scheduled for a date after the current deadline for the close of fact discovery;

WHEREAS, PRO Group has agreed to produce documents to Stipulating Defendants in response to their discovery requests in hopes of satisfying Stipulating Defendants' need for information from PRO Group and thus eliminating the need for a PRO Group deposition;

WHEREAS, Stipulating Defendants wish to preserve the right to take the deposition of PRO Group after the current deadline for the close of fact discovery in the event that PRO Group is unable to provide sufficient information through its production of documents to Stipulating Defendants to eliminate the need for a deposition of PRO Group;

WHEREAS, Stipulating Defendants and Schultze are meeting and conferring regarding the transactional data produced by Schultze in an attempt to avoid the need for further depositions;

WHEREAS, Stipulating Defendants wish to preserve the right to take the deposition of a former employee of Tweeter Home Entertainment Group, Inc. ("Tweeter") familiar with Tweeter's purchase and sales databases and accounting practices in the event that the parties are unable to fully resolve Stipulating Defendants' questions regarding the transactional data produced by Schultze through the meet and confer process;

WHEREAS, additional time is needed to schedule and take the deposition of PRO Group and potentially one deposition of a former Tweeter employee familiar with Tweeter's purchase

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

and sales databases and accounting practices;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel as follows:

The deadline for Stipulating Defendants to take the depositions of PRO Group and a former Tweeter employee familiar with Tweeter's purchase and sales databases and accounting practices is extended to July 1, 2013.  This extension will not serve as the basis for Schultze to seek an extension of the deadline of June 6, 2013 to submit its expert report(s).


Respectfully submitted,

Dated:  May 13, 2013          MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger

Kent M. Roger (State Bar Number 95987)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)*

*Also on behalf of AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation (n/k/a Chimei Innolux Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Chunghwa Picture Tubes, Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Corporation, NEC Corporation of America, NEC LCD Technologies, Ltd., NEC Display Solutions of America, Inc., NEC Electronics America, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp  Electronics Corporation, Toshiba America Electronic Components, Inc., Toshiba Corporation, Toshiba Mobile Display Co., Ltd. and Toshiba America Information Systems, Inc.*

1

2          BOIES, SCHILLER & FLEXNER LLP

3          By: /s/ Christopher V. Fenlon

4          Philip J. Iovieno (admitted *pro hac vice*)
           Christopher V. Fenlon (admitted *pro hac vice)*
5          10 North Pearl Street, 4th Floor
           Albany, NY 12207
6          Tel:  (518) 434-0600
           Fax:  (518) 434-0665
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

William A. Isaacson (admitted *pro hac vice*)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

*Attorneys for Plaintiff Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories above.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

Dated: May _13_, 2013

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE