**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI<br><br>*Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI<br><br>*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI<br><br>*P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI<br><br>*Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-5765-SI<br><br>*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI;<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DISCOVERY CUTOFF; TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |

| | |
|---|---|
| 1 | *CompuCom Systems, Inc. v. AU Optronics Corp.*, 3:11-cv-6241-SI |
| 2 | |
| 3 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI |
| 4 | |

| | |
|---|---|
| 1 | Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond |
| 2 | Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island |
| 3 | Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data |
| 4 | Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust, |
| 5 | by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO |
| 6 | Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei |
| 7 | Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. |
| 8 | (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties") |
| 9 | stipulate as follows: |

WHEREAS the Parties have previously stipulated to, and the Court has approved, the extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No. 7665) ("Track 2 Scheduling Stipulation");

WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to May 17, 2013;

WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the "Discovery");

WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013;

WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei Defendants' responses to the Discovery;

WHEREAS the Parties previously stipulated to extend the period to meet and confer regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery to June 21, 2013;

WHEREAS additional time is needed to meet and confer regarding Chi Mei Defendants' responses to the Discovery;

NOW, THEREFORE, the Parties stipulate and agree as follows:

The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

| | |
|---|---|
| 1 | to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is |
| 2 | extended to July 3, 2013. |
| 3 | |
| 4 | |
| 5 | **IT IS SO STIPULATED.** |
| 6 | |
| 7 | DATED: June 20, 2013         */s/ Philip J. Iovieno* |
| 8 | William A. Isaacson<br>Melissa Felder |
| 9 | BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave. NW, Suite 800 |
| 10 | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 11 | Facsimile: (202) 237-6131<br>Email: wisaacson@bsfllp.com |
| 12 |         mfelder@bsfllp.com |
| 13 | Philip J. Iovieno<br>Anne M. Nardacci |
| 14 | Luke Nikas<br>Christopher V. Fenlon |
| 15 | BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor |
| 16 | Albany, NY 12207<br>Telephone: (518) 434-0600 |
| 17 | Facsimile: (518) 434-0665<br>Email: piovieno@bsfllp.com |
| 18 |         anardacci@bsfllp.com<br>        lnikas@bsfllp.com |
| 19 |         cfenlon@bsfllp.com |
| 20 | *Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency* |
| 21 | *Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC* |
| 22 | *Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust;* |
| 23 | *CompuCom Systems, Inc.; and NECO Alliance LLC* |

| | |
|---|---|
| 1 | |
| 2 |              */s/ Stuart H. Singer* |

                  */s/ Stuart H. Singer*
Stuart H. Singer
Meredith Schultz
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com
       mschultz@bsfllp.com

*Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; and The AASI Creditor Liquidating Trust*

                  */s/ Robert W. Turken*
Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com
       mwidom@bilzin.com
       swagner@bilzin.com

*Counsel for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

/s/ Neal A. Potischman

Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Jaco Electronics, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., Viewsonic Corp., NECO Alliance LLC, and Rockwell Automation, Inc. Actions Only*

/s/ Michael R. Scott

Michael R. Scott (*pro hac vice*)
Michael J. Ewart (*pro hac vice*)
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
mrs@hcmp.com; mje@hcmp.com

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: ___6/20___, 2013

_____

Susan Illston, United States District Judge