William A. Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
  mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
  anardacci@bsfllp.com
  cfenlon@bsfllp.com

[Additional counsel listed in signature page]

Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of America, Inc.; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI <br><br> MDL No. 1827 |
| This Document Relates to: <br><br> *SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI <br><br> *MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI <br><br> *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI <br><br> *Jaco Electronics, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02495-SI | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-0829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-00335-SI; 3:12-cv-01426-SI; 3:12-cv-02495-SI; 3:10-cv-05625-SI; 3:10-cv-03205 SI; <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING REVISED TRACK 2 DEADLINES** |

| | |
|---|---|
| 1 | *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI |
| 2 | |
| 3 | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, |
| 4 | 3:11-cv-03856-SI |
| 5 | *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI |
| 6 | |
| 7 | *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI |
| 8 | *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v.* |
| 9 | *AU Optronics Corp., et al.*, 3:11-cv-05781-SI |
| 10 | *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI |
| 11 | |
| 12 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI |
| 13 | *Rockwell Automation, Inc. v. AU Optronics Corp., et al.*, 3:12-cv-02495-SI |
| 14 | |
| 15 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI |
| 16 | |
| 17 | *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, 3:10-cv-03205 SI |

Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in the Track 2 Cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby stipulate as follows:

WHEREAS the Track 2 Cases have been proceeding with pretrial preparation in accordance with the Court's Order dated June 12, 2013 (Dkt. No. 8076), and the deadline for service of opposition expert reports for Defendants in the Track 2 cases is presently September 24, 2013;

WHEREAS, on June 13, 2013, Plaintiffs submitted reports from their experts in the Track 2 Cases;

WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have

met and conferred and determined that extending the deadline for Defendants' experts' opposition reports will enable depositions of Plaintiffs' experts to take place at a time more convenient for the Parties, their counsel, and Plaintiffs' experts;

WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have met and conferred and determined that Plaintiffs and Defendants should each receive a one-month extension for submitting their opposition and reply expert reports, with the result that all other unexpired deadlines would be extended to preserve approximately the same number of days previously provided for briefing and hearings under the original schedule, as set forth below;

WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will not prejudice any of the parties or the Court because trial dates have not been scheduled for any of these cases;

NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the following Track 2 case schedule:

| Event | Current Date (pursuant to June 12, 2013 Order) | Revised Date |
| --- | --- | --- |
| Close of limited fact discovery unique to DAP and State AG cases | May 17, 2013 (this deadline previously has been amended in certain Track 2 cases) | Unchanged |
| Service of opening expert reports for plaintiffs | June 13, 2013 | Unchanged |
| Service of underlying data and Code | June 19, 2013 | Unchanged |
| Service of opposition expert Reports | September 24, 2013 | October 24, 2013 |
| Service of underlying data and Code | September 30, 2013 | October 30, 2013 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | October 22, 2013 | November 22, 2013 |

| | | |
|---|---|---|
| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | October 25-November 11, 2013 | November 25-December 11, 2013 |
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | November 13, 2013 | December 12, 2013 |
| Service of reply expert reports | November 26, 2013 | January 27, 2014 |
| Service of underlying data and Code | December 4, 2013 | February 4, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | February 3, 2014 | April 9, 2014 |
| Service of underlying data and Code | February 9, 2014 | April 15, 2014 |
| Close of expert discovery | March 6, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 6, 2014 | March 27, 2014 |
| Last day to file dispositive Motions | April 4, 2014 | April 25, 2014 |
| Last day to file oppositions to dispositive motions | May 16, 2014 | June 6, 2014 |
| Last day to file reply briefs in support of dispositive motions | June 27, 2014 | July 18, 2014 |
| Last day for hearing dispositive motions | July 11, 2014 | August 1, 2014 |

Dated: August 23, 2013

Respectfully submitted,

By:     */s/ Philip J. Iovieno*
William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
    mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
　　　　anardacci@bsfllp.com
　　　　cfenlon@basfllp.com

Stuart H. Singer (admitted *pro hac vice*)
Meredith Schultz (admitted *pro hac vice*)
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com
　　　　mschultz@bsfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*


By: _____*/s/ Robert W. Turken*_____
　　　Robert W. Turken
　　　Mitchell E. Widon
　　　Scott N. Wagner
　　　BILZIN SUMBERG BAENA PRICE & AXELROD LLP
　　　1450 Rickell Avenue, Suite 2300
　　　Miami, FL 33131-3456
　　　Telephone: (305) 374-7580
　　　Facsimile: (305) 374-7593
　　　Email: rturken@bilzin.com
　　　　　　　mwidom@bilzin.com
　　　　　　　swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

| | |
|---|---|
| 1 | By: _/s/ H. Lee Godfrey_ |
| | H. Lee Godfrey |
| 2 | Kenneth S. Marks |
| | Jonathan J. Ross |
| 3 | Johnny W. Carter |
| | SUSMAN GODFREY L.L.P. |
| 4 | 1000 Louisiana Street, Suite 5100 |
| | Houston, TX 77002 |
| 5 | Telephone: (713) 651-9366 |
| | Facsimile: (713) 654-6666 |
| 6 | Email: lgodfrey@susmangodfrey.com |
| | kmarks@susmangodfrey.com |
| 7 | jross@susmangodfrey.com |
| | jcarter@susmangodfrey.com |
| 8 | |
| | Parker C. Folse III |
| 9 | Rachel S. Black |
| | Jordan Connors |
| 10 | SUSMAN GODFREY L.L.P. |
| | 1201 Third Avenue, Suite 3800 |
| 11 | Seattle, WA 98101-3000 |
| | Telephone: (206) 516-3880 |
| 12 | Facsimile: (206) 516-3883 |
| | Email: pfolse@susmangodfrey.com |
| 13 | rblack@susmangodfrey.com |
| | jconnors@susmangodfrey.com |
| 14 | |
| | *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of* |
| 15 | *the Circuit City Stores, Inc. Liquidating Trust* |

By: */s/ Marc M. Seltzer*
Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*


By: */s/ James B. Baldinger*
James B. Baldinger
Florida Bar No.: 869899
jbaldinger@carltonfields.com
Robert L. Ciotti
Florida Bar No.: 333141
rciotti@carltonfields.com
David B. Esau
Florida Bar No.: 650331
desau@carltonfields.com
CARLTON FIELDS, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Counsel for TracFone Wireless, Inc.*

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
| 1   | By:     */s/ Jerome A. Murphy* |
|     | Jeffrey H. Howard *(pro hac vice)* |
| 2   | Jerome A. Murphy *(pro hac vice)* |
|     | CROWELL & MORING LLP |
| 3   | 1001 Pennsylvania Avenue, N.W. |
|     | Washington, DC 20004 |
| 4   | Telephone: (202) 624-2500 |
|     | Facsimile: (202) 628-5116 |
| 5   | Email: jhoward@crowell.com |
|     |       jmurphy@crowell.com |

By: */s/ Jerome A. Murphy*

Jeffrey H. Howard *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jhoward@crowell.com
    jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: jmurray@crowell.com
    jlevine@crowell.com
    jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: (202) 580-8822
Facsimile: (202) 580-8821
Email: adams@adamsholcomb.com
    holcomb@adamsholcomb.com
    leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

| | |
|---|---|
| 1 | *By: _____ */s/ Lee F. Berger*_____ |
| | Holly A. House (State Bar No. 136045) |
| 2 | Kevin C. McCann (State Bar No. 120874) |
| | Lee F. Berger (State Bar No. 222756) |
| 3 | Sean Unger (State Bar No. 231694) |
| | PAUL HASTINGS LLP |
| 4 | 55 Second Street |
| | Twenty-Fourth Floor |
| 5 | San Francisco, CA 94105 |
| | Telephone: (415) 856-7000 |
| 6 | Facsimile: (415) 856-7100 |
| | Email: kevinmccann@paulhastings.com |
| 7 | hollyhouse@paulhastings.com |
| | leeberger@paulhastings.com |
| 8 | seanunger@paulhastings.com |

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _____ */s/ Stephen P. Freccero*_____
Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

| | |
|---|---|
| 1 | By: _/s/ Carl L. Blumenstein_ |
| 2 | Christopher A. Nedeau (State Bar No. 81297)<br>Carl L. Blumenstein (State Bar No. 124158)<br>Farschad Farzan (State Bar No. 215194) |
| 3 | NOSSAMAN LLP<br>50 California Street, 34th Floor |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 398-3600 |
| 5 | Facsimile: ( 415) 398-2438<br>Email: cnedeau@nossaman.com |
| 6 | cblumenstein@nossaman.com<br>ffarzan@nossaman.com |
| 7 | |
| 8 | *Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America* |
| 9 | |
| 10 | By: _/s/ Christopher M. Curran_<br>Christopher M. Curran *(pro hac vice)* |
| 11 | Martin M. Toto *(pro hac vice)*<br>John H. Chung *(pro hac vice)* |
| 12 | WHITE & CASE LLP<br>1155 Avenue of the Americas |
| 13 | New York, NY 10036<br>Telephone: (212) 819-8200 |
| 14 | Facsimile: (212) 354-8113<br>Email: ccurran@whitecase.com |
| 15 | mtoto@whitecase.com<br>jchung@whitecase.com |
| 16 | *Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic* |
| 17 | *Components, Inc. and Toshiba America Information Systems, Inc.* |

By: */s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*


*/s/ Michael R. Scott*
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: */s/ William S. Farmer*
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
  dbrownstein@fbj-law.com
  jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

| | |
|---|---|
| 1 | By:         */s/ Rachel S. Brass* |
| 2 | Rachel S. Brass (SBN 219301)<br>Joel S. Sanders (SBN 107234) |
| 3 | Austin V. Schwing (SBN 211696<br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | 555 Mission Street, Suite 3000<br>San Francisco, California 94105 |
| 5 | (415) 393-8200 / (415) 393-8306<br>*jsanders@gibsondunn.com* |
| 6 | *rbrass@gibsondunn.com* |
| 7 | *Attorneys for Defendants Chunghwa Picture Tubes,<br>Ltd. in the SB Trust, Office Depot, Jaco Electronics,<br>Interbond, Schultze Agency Services, PC Richard,* |
| 8 | *Tech Data, AASI Creditor Liquidating Trust,<br>CompuCom, Viewsonic, and NECO Alliance Actions* |
| 9 | *Only* |
| 10 | By:       /s/ Robert E. Freitas |
| 11 | Robert E. Freitas (SBN 80948)<br>Jason S. Angell (SBN 221607) |
| 12 | Jessica N. Leal (SBN 267232)<br>FREITAS TSENG & KAUFMAN LLP |
| 13 | 100 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065 |
| 14 | Telephone: (650) 593-6300<br>Facsimile: (650) 593-6301 |
| 15 | Email: rfreitas@ftklaw.com<br>       jangell@ftklaw.com |
| 16 |        jleal@ftklaw.com |
| 17 | *Attorneys for Defendant HannStar Display<br>Corporation* |
| 18 | |
| 19 | By:         */s/ Jacob R. Sorensen*<br>Jacob R. Sorensen (SBN 209134) |
| 20 | John M. Grenfell (SBN 88500)<br>Fusae Nara (*pro hac vice*) |
| 21 | Andrew D. Lanphere (SBN 191479)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 22 | Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111 |
| 23 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 24 | Email: john.grenfell@pillsburylaw.com<br>      jake.sorensen@pillsburylaw.com |
| 25 |       fusae.nara@pillsburylaw.com<br>      andrew.lanphere@pillsburylaw.com |
| 26 | |
| 27 | |
| 28 | |

By: _____*/s/ Michael W. Scarborough*_____
 Michael W. Scarborough (SBN 203524)
 SHEPPARD MULLIN RICHTER & HAMPTON
 Four Embarcadero Center, 17th Floor
 San Francisco, CA 94111
 Telephone: (415) 434-9100
 Facsimile: (415) 434-3947
 Email: mscarborough@sheppardmullin.com

 *Attorneys for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*


By: _____*/s/ Kent M. Roger*_____
 Kent M. Roger (Bar No. 95987)
 MORGAN LEWIS & BOCKIUS LLP
 One Market, Spear Street Tower
 San Francisco, CA 94105-1126
 Telephone: (415) 442-1000
 Facsimile: (415) 442-1001
 Email: kroger@morganlewis.com

 *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices (USA), Inc.*


By: _____*/s/ Stephen Holbrook Sutro*_____
 George Dominic Niespolo
 Stephen Holbrook Sutro
 DUANE MORRIS LLP
 One Market , Spear Tower, Suite 2200
 San Francisco, CA 94105
 Telephone: (415) 957-3010
 Facsimile: (415) 957-3001
 Email: gdniespolo@duanemorris.com
 shsutro@duanemorris.com

 *Attorneys for NEC Corporation, NEC LCD Technologies, Ltd., and Renesas Electronics America, Inc.*

*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: 8/30/13

_____
Hon. Susan Illston
United States District Judge